AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 22 2014

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Saul CARRIZALES-Gallegos<br>Mexican Citizen -1978<br><br>Angel HERNANDEZ-Tadeo<br>Mexican Citizen - 1976<br><br>Jose Domingo ECUARIO –<br>Hernandez<br>Mexican Citizen -1989 | Case No. M-14-1627-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __08/21/2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __title 21__ U. S. C. § __846,841(a)(1)__, an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 102.8 kilograms of marijuana, a Schedule II Controlled Substance.
Knowingly and intentionally Conspire to possess with the intent to distribute approximately 102.8 kilograms of marijuana, a Schedule II Controlled Substance.

This criminal complaint is based on these facts:
SEE ATTACHMENT

☐ Continued on the attached sheet.

Approved AUSA
Watson
AUSA
8-22-14

_____
Complainant's signature

DEA/TFA Hector Mendez
Printed name and title

Sworn to before me and signed in my presence.

Date: __08/22/2014__ 10:26 am

_____
Judge's signature

City and state: __McAllen, Texas__

US Magistrate Peter E. Ormsby
Printed name and title

# ATTACHMENT

On August 21, 2014, at approximately 10:41 P.M., while patrolling the area of Sonny Millers compound south Of Pharr, Texas, US Border Patrol Agents Daniel Villarreal, Antelmo Castillo and Manuel Garza observed six (6) subjects walking on the west side of the compound. Agents proceeded to the location in attempt to make contact with the subjects. As the subjects approached the Agents, Agents noticed that five of the subjects were carrying what appeared to be rectangular bundles of narcotics.

As Agents approached the subjects and identified themselves as United States Border Patrol Agents, three of the individuals dropped the bundles on the ground and fled, toward the Rio Grande River. Agent Villarreal apprehended one of the individual later identified as Jose Domingo EUCARIO-Hernandez, who was in possession of a bundles and Agent Garza apprehended a second subject later identified as Saul CARRIZALES-Gallegos who was also in possession of a bundle. Agents immediately proceeded to locate the three individuals that fled. A short time later, Agents apprehended three individuals that where running south of the location where HERENANDEZ and CARRIZALES were apprehended. The individuals were identified as Ivan ALVARDO- Guerrero (juvenile), Martin ROSALES-Alcaraz and Angel HERNANDEZ-Tadeo. Agents continued to search for the last individual, but were unable to locate the individual. The five individuals and the bundles (5 bundles weighing 102.8 kilograms) were transported to the Weslaco US Border Patrol station. The substance contained inside the bundles were tested, which reached a positive reaction for marijuana.

On August 22, 2014, TFAs Hector Mendez and Ismael Rivas made contact with the individuals mentioned above. TFA Mendez as witnessed by TFA Rivas advised all five of their Miranda Rights in Spanish, which all five individuals waived. Jose Domingo HERNANDEZ-Eucario, Saul CARRIZALES-Gallegos and Angel HERNANDEZ-Tadeo stated an uknown male subject forced the in a small brown vehicle, transported them to the riverbank north of Reynosa, Mexico, and forced them to smuggle marijuana into the United States. They also stated that they have never seen the subject before, but they believe that he works for the Gulf Cartel. They also stated that the sixth person that was not caught was a guide and was in possession of a firearm. Then they stated, that they also agreed to smuggle the marijuana with the condition that they would be able to stay in the US and visit their families. TFA Mendez asked them if they saw ROSALES or ALVARDO carrying any of the bundles, all three said "no". TFAs Mendez and Rivas then interviewed Martin ROSALES-Alcaraz. ROSALES stated that he crossed over into the United States from Reynosa Mexico as an undocumented subject, but did not smuggle any narcotics. ROSALES also stated that he only saw four individuals that crossed into the US, carrying large bundles, but could not provide a description of the individuals. He then stated that the subject that was paid to smuggle him into the US was not apprehended and was in possession of a handgun. TFA Mendez asked ROSALES in his opinion was the handgun for the subject's protection or for intimidation. ROSALES stated that he believes it was protection. TFAs Mendez and Rivas then spoke to ALVARDO, who stated that he did not know what was going on and did not want to speak to TFA s Mendez and Rivas. The interviews were terminated.